4403.   GRIFFIN *v.* HUMPHREYS.

HILL, C. J.   The allegations of the petition determine the character of the suit, and not what it is called by the plaintiff.   The allegations of the petition in the present case clearly show that the suit is one in assumpsit for money had and received.   The amount involved is less than $50, and the city court of Moultrie is without jurisdiction.   Acts of 1903, p. 150, section 1.                              *Judgment affirmed.*
                          DECIDED DECEMBER 10, 1912.

Complaint; from city court of Moultrie—Judge McKenzie.   July 23, 1912.

The petition was dismissed on demurrer.   It alleged, in substance, that the defendant, as an attorney at law, collected from the plaintiff, on a certain promissory note of the plaintiff, $38.73 as attorney's fees, in addition to the principal and interest, by deceiving and defrauding him into believing that he was liable for the payment of such fees, and refusing to accept the principal and interest and surrender the note unless he would pay the attorney's fees, the defendant stating that by reason of the statutory notice of intention to file suit, which had been given, he (the defendant) became entitled to attorney's fees; although the return day of the court had not arrived, and no suit on the note had been filed.   The petition concluded as follows: "By reason of the foregoing facts, defendant has injured and damaged petitioner in the sum of $51.00, for which petitioner prays judgment, and also prays that process do issue," etc.   One of the grounds of the demurrer was that the city court of Moultrie was without jurisdiction of the case, the principal amount sued for being less than $50. The act of 1903, referred to in the decision, provides that "the said court shall not have jurisdiction to try and dispose of any cause or matter wherein the principal amount involved does not amount to the sum of fifty ($50.00) dollars or more, except in cases where a justice court has no jurisdiction."

*T. H. Parker, James L. Dowling,* for plaintiff.
*T. W. Mattox, A. Summerlin,* for defendant.